### MILLER v LAKEWOOD HOUSING COMPANY et

Ohio Supreme Court

No 23049. Decided April 6, 1932

Jones, Matthias, Day, Kinkade and Stephenson, JJ, concur. Marshall, CJ, concurs in propositions 1 and 2 of the syllabus and in the judgment.

Full opinion will be published later. Watch **Omnibus Index**.

### INDUSTRIAL COMMISSION v GEJEWSKI

Ohio Supreme Court

No 23001. Decided Feb 24, 1932

For full opinion see 124 Oh St 613; Oh Bar 4-4-32.